Yuet Chun Lee v 124-126 Mott Corp. (2023 NY Slip Op 00159)

Yuet Chun Lee v 124-126 Mott Corp.

2023 NY Slip Op 00159

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Manzanet-Daniels, J.P., Kapnick, Singh, Mendez, Rodriguez, JJ. 

Index No. 150069/18 Appeal No. 17064 Case No. 2022-03106 

[*1]Yuet Chun Lee, Plaintiff-Respondent,
v
124-126 Mott Corp., et al., Defendants-Appellants, Jun Ting Inc., et al., Defendants.

Hannum Feretic Prendergast & Merlino, LLC, New York (Paul B. Josephs of counsel), for appellants.
Kahn Gordon Timko & Rodriques, P.C., New York (Tyler C. Garvey of counsel), for respondent.

Order, Supreme Court, New York County (Louis L. Nock, J.), entered on or about July 12, 2022, which, to the extent appealed from, denied defendants 124-126 Mott Corp. and Jie Li Laundromat, Inc.'s motion for summary judgment dismissing the complaint against them, unanimously affirmed, without costs.
The motion court correctly denied defendants' motion for summary judgment. Plaintiff was injured when she fell down the stairs inside a store operated by defendant Jie Li Laundromat, in a building owned by defendant 124-126 Mott Corp. Although plaintiff was not able to identify the exact cause of her fall, the circumstantial evidence, including the testimony and photographs of the accident site, raised an issue of fact as to whether the distracting decorations sold by the store and the lack of warning of the stairs, together, was a dangerous condition from which causation could be reasonably inferred (see Haibi v 790 Riverside Dr. Owners, Inc., 156 AD3d 144, 147 [1st Dept 2017]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023